918

No. 428. SECURITIES AND EXCHANGE COMMISSION v. UNITED BENEFIT LIFE INSURANCE CO. C. A. D. C. Cir. Certiorari granted. *Solicitor General Marshall, Nathan Lewin, Philip A. Loomis, Jr., Walter P. North* and *Jacob H. Stillman* for petitioner. *Daniel J. McCauley, Jr.,* and *Morris L. Weisberg* for respondent.

No. 248. MONTRIE v. OHIO. Sup. Ct. Ohio. Certiorari denied. *John J. Callahan* for petitioner. *Harry Friberg* for respondent.

No. 382. HAMMOND ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Thomas J. Mazza* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 421. NASH MIAMI MOTORS, INC., ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Neal Rutledge* and *Allan Milledge* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Burton Berkley* for respondent.

No. 423. MARYLAND CASUALTY CO. v. SEMINOLE TRIBE OF FLORIDA, INC., ET AL. C. A. 5th Cir. Certiorari denied. *Dwight L. Rogers, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Weisl, Roger P. Marquis* and *Robert M. Perry* for the United States, as *amicus curiae,* in opposition.